Bradley L. Booke #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
Box 13160
Jackson, Wyoming 83001
702-241-1631
866-297-4863 fax
brad.booke@lawbooke.com

Darren Spielman, Esq. (FL Bar # 010868)
The Concept Law Group, P.A.
*Applicant pro hac vice*
6400 N. Andrews Ave. Suite 500
Ft. Lauderdale FL 33309
Email: dspielman@conceptlaw.com
Tel: 754-300-1500
Fax: 754-300-1501
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| THAT'S GREAT NEWS, LLC, A FLORIDA LIMITED LIABILITY COMPANY<br><br>     Plaintiff,<br>V.<br><br>DEVCODA, LLC D/B/A UNISTREETS, A WYOMING LIMITED LIABILITY COMPANY;<br><br>     Defendant. | Case No. 1:26-cv-000038<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE***<br>**OF DARREN SPIELMAN** |

Bradley L. Booke, pursuant to Rule 84.2(b), Local Civil Rules of Practice, for the United States District Court for the District of Wyoming, respectfully moves the Court for its order admitting *pro hac vice* attorney Darren Spielman, a member in good standing of the State Bar of Florida, for purposes of this action. The following memorandum, which includes the Declaration of undersigned counsel, and the attached Declaration of Mr. Spielman are submitted in support of this motion.

1

Dated this 2nd day of February 2026.

        /s/ Bradley L. Booke
        Bradley L. Booke  #5-1676
        Box 13160
        Jackson, Wyoming 83001
        702-241-1631
        866-297-4863 Fax
        brad.booke@lawbooke.com

## MEMORANDUM OF POINTS AND AUTHORITIES

Based upon the following declaration of undersigned counsel and the attached declaration of Darren Spielman, I respectfully move the Court for its order admitting *pro hac vice* Mr. Spielman for purposes of this action.

## DECLARATION OF BRADLEY L. BOOKE

1.      I am a member in good standing of the Wyoming State Bar. I was admitted to practice in Wyoming and to the bar of this Court in April 1979. My bar number is 5-1676. I am a sole practitioner, practicing under the firm name of Law Office of Bradley L. Booke.

2.      My office address is Box 13160, Jackson, Wyoming 83002. My email address is brad.booke@lawbooke.com. My telephone number is 702-241-1631.

3.      To the best of my knowledge and belief, attorney Darren Spielman is a member in good standing of the State Bar of Florida, and he is of good moral character and veracity.

4.      I am, and will remain at all times, fully prepared to represent the Plaintiff in this action in any capacity.

Dated this 2nd day of February 2026.

        /s/  Bradley L. Booke

. . . . .

. . . . .

. . . . .

Pursuant to the requirements of Rule 84.2(b), Local Civil Rules for the United States District Court for the District of Wyoming, undersigned counsel respectfully moves the Court for its order admitting Mr. Spielman *pro hac vice*.

Dated this 2nd day of February, 2026.

/s/ Bradley L. Booke
Bradley L. Booke  #5-1676
Box 13160
Jackson, Wyoming 83001
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com

Bradley L. Booke #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
Box 13160
Jackson, Wyoming 83001
702-241-1631
866-297-4863 fax
brad.booke@lawbooke.com

Darren Spielman, Esq. (FL Bar # 010868)
The Concept Law Group, P.A.
*Applicant pro hac vice*
6400 N. Andrews Ave. Suite 500
Ft. Lauderdale FL 33309
Email: dspielman@conceptlaw.com
Tel: 754-300-1500
Fax: 754-300-1501
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| THAT'S GREAT NEWS, LLC, A FLORIDA LIMITED LIABILITY COMPANY<br><br>                    Plaintiff,<br>V.<br><br>DEVCODA, LLC D/B/A UNISTREETS, A WYOMING LIMITED LIABILITY COMPANY;<br><br><br>               Defendant. | Case No. 1:26-cv-000038<br><br>**DECLARATION<br>OF DARREN SPIELMAN** |

DARREN SPIELMAN, under penalty of perjury, declares as follows:

1.     I am a member in good standing of the State Bar of Florida. I was admitted to practice in Florida on April 22, 2005. My FL bar number is 010868.

2.     I am a member of the Law Firm of The Concept Law Group, P.A. The street address of the law firm is 6400 N. Andrews Ave. Suite 500, Fort Lauderdale FL 33309. My email address is dspielman@conceptlaw.com. The telephone number of the firm is 754-300-1500.

1

3.  I am not currently subject to any disciplinary actions by any bar, and I have not had any public sanctions by any bar.

4.  I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5.  I am aware and acknowledge that local counsel is required to be fully prepared to represent the Plaintiff at any time, in any capacity;

Dated this 2nd day of February, 2026 at Fort Lauderdale, FL.

_____
Darren Spielman