FILED

11:16 am, 2/2/26

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| That's Great News LLC,<br>a Florida limited liability company<br><br>    Plaintiff,<br><br>vs.<br><br>Devcoda LLC,<br>a Wyoming limited liability company<br>doing business as Unistreets<br><br>    Defendant. | Civil Action No. 26-CV-38-SWS |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF DARREN J. SPIELMAN AS COUNSEL FOR PLAINTIFF THAT'S GREAT NEWS LLC

**THIS MATTER** having come before the Court upon the motion of counsel for the Plaintiff That's Great News, LLC pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting Darren J. Spielman as Pro Hac Vice counsel in the District of Wyoming. The Court reviewed this matter and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Darren J. Spielman is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**IT IS FURTHER ORDERED** that within three (3) business days, Pro Hac Counsel shall obtain E-filing access via PACER and file a Notice of Attorney Appearance – (Pro Hac Vice).

**DATED** this 2 day of February, 2026.

_____
SCOTT P. KLOSTERMAN
UNITED STATES MAGISTRATE JUDGE