Bradley L. Booke #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
Box 13160
Jackson, Wyoming 83001
702-241-1631
866-297-4863 fax
brad.booke@lawbooke.com

Darren Spielman, Esq. (FL Bar # 010868)
The Concept Law Group, P.A.
*Pro hac vice*
6400 N. Andrews Ave. Suite 500
Ft. Lauderdale FL 33309
Email: dspielman@conceptlaw.com
Tel: 754-300-1500
Fax: 754-300-1501
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | |
|---|---|
| THAT'S GREAT NEWS, LLC, A FLORIDA LIMITED LIABILITY COMPANY<br><br>Plaintiff,<br>V.<br><br>DEVCODA, LLC D/B/A UNISTREETS, A WYOMING LIMITED LIABILITY COMPANY;<br><br>Defendant. | Case No. 1:26-cv-000038 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Darren J. Spielman, Esq., of The Concept Law Group, P.A., hereby enters his appearance on behalf of Plaintiff, That's Great News, LLC, in the above-captioned matter and requests that all future notices and pleadings in this case be sent to the undersigned at dspielman@conceptlaw.com

1

Respectfully submitted,

By: <u>*/s/ Darren Spielman/*</u>
DARREN J. SPIELMAN, Esq.
Fla. Bar No. 10868
dspielman@conceptlaw.com
**THE CONCEPT LAW GROUP, P.A.**
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Florida 33309
Tel: 754.300.1500
Fax: 754.300.1501
*Attorney for Plaintiff*