Paula A. Fleck, P.C. (WY #6-2660)
HOLLAND & HART LLP
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com

*Counsel for Defendant and Counterclaim Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THAT'S GREAT NEWS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DEVCODA LLC *d/b/a* UNISTREETS,<br><br>        Defendant.<br>_____<br><br>DEVCODA LLC *d/b/a* UNISTREETS,<br><br>        Counterclaim Plaintiff,<br><br>v.<br><br>THAT'S GREAT NEWS, LLC,<br><br>        Counterclaim Defendant. | Case No. 1:26-cv-00038-SWS-SPK |

## DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT

Defendant, Devcoda LLC *d/b/a* UniStreets ("Defendant" or "Devcoda"), by and through its undersigned counsel, hereby submits its Answer, Affirmative Defenses, and Counterclaims to the Complaint for Copyright Infringement (ECF 1) ("Complaint") filed by Plaintiff, THAT'S GREAT NEWS, LLC ("Plaintiff" or "TGN"). Devcoda denies all allegations in the Complaint

not specifically admitted below.  Devcoda reproduces the paragraph headings from TGN's Complaint.  The reproduction of the headings should not be construed as any admission.

Devcoda answers the numbered paragraphs of the Complaint as follows:

## THE PARTIES

1.      Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

2.      Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

3.      Admitted.

4.      Admitted.

5.      Admitted that Devcoda, through its counsel, submitted two DMCA counter notices to Etsy.com.  Devcoda denies all allegations of infringement set forth in this paragraph of the Complaint.

## JURISDICTION AND VENUE

6.      Admitted that TGN purports to bring an action for copyright infringement pursuant to the Copyright Act, 17 U.S.C. § 101 *et seq*, 106, 501, 502, 504, 505, and 515, and that TGN purports to seek damages and injunctive relief.  Devcoda denies all remaining allegations set forth in this paragraph of the Complaint.

7.      Devcoda does not contest that this Court has subject matter jurisdiction over this action.

8.      Devcoda does not contest that this Court has personal jurisdiction in this Court and admits to the submission of two DMCA counter notices to Etsy.com.  Devcoda denies all allegations of infringement set forth in this paragraph of the Complaint.

9.    Devcoda does not contest venue in this Court and admits to the submission of two DMCA counter notices to Etsy.com.  Devcoda denies all allegations of infringement set forth in this paragraph of the Complaint.

10.    Denied.

## FACTS

11.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

12.    Devcoda admits that a document appearing to contain seven copyright registration certificates is attached to the Complaint as Exhibit 1.  Devcoda lacks sufficient knowledge or information to form a belief as to whether that is a true and accurate copy of the copyright registration certificates, or any other factual assertion set forth in this paragraph of the Complaint, and therefore denies them.

13.    Denied as vague and ambiguous.  To the extent that this paragraph incorporates factual assertions to which a response is required, they are denied.

14.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

15.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

16.    Admitted that Devcoda sells goods on Etsy.com under the listing numbers 4382710647; 4347870412; 4346324122; 4346341704; 4344650228; 4347383137; and

4344730792. Devcoda denies all allegations of unauthorized or infringing sales set forth in this paragraph of the Complaint.

17. Admitted that Devcoda has never acquired a license to use the copyrighted Works at issue in this action because Devcoda sells its own independently created works.

18. Denied.

19. Admitted that Devcoda's UniStreets Etsy storefront identifies its seller details as being located in "WY, United States."

20. Admitted that Devcoda received an initial communication from TGN through Etsy's messaging capabilities in September 2025. Devcoda denies all allegations of unauthorized or infringing use set forth in this paragraph of the Complaint.

21. Admitted that Devcoda never responded to the message and thereafter voluntarily placed the UniStreets Etsy storefront offline. Devcoda denies all remaining allegations set forth in this paragraph of the Complaint.

22. Admitted that Devcoda reopened the UniStreets Etsy storefront in November 2025. Devcoda denies all allegations of unauthorized or infringing use set forth in this paragraph of the Complaint.

23. Admitted that Devcoda received additional, unsolicited communications from unknown Etsy sellers through Etsy's message capabilities in November 2025. Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in this paragraph of the Complaint and therefore denies them. Devcoda further denies all allegations of infringement set forth in this paragraph of the Complaint.

24. Admitted that two DMCA takedown requests were submitted to Etsy.com on December 23 and 24, 2025. Devcoda lacks sufficient knowledge or information to form a belief

as to the truth of the remaining allegations set forth in this paragraph of the Complaint and therefore denies them.  Devcoda further denies all allegations of unauthorized and infringing listings set forth in this paragraph of the Complaint.

25.     Admitted that on December 25, 2025, Etsy removed the following listing numbers from the UniStreets Etsy storefront: 4382710647; 4347870412; 4346324122; 4346341704; 4344650228; 4347383137; and 4344730792.  Devcoda denies all allegations of infringement set forth in this paragraph of the Complaint.

26.     Admitted that Devcoda's counsel submitted two DMCA counter notices to Etsy.com regarding the following listing numbers: 4382710647; 4347870412; 4346324122; 4346341704; 4344650228; 4347383137; and 4344730792.  Denied that the counter notices were submitted on January 14, 2026.

27.     Admitted that Etsy's DMCA Counter Notice Requirements permit the relisting of removed material 10 business days after Etsy processes the counter notice, unless the complaining party notifies Etsy that it has commenced legal action.  Devcoda denies all allegations of infringement set forth in this paragraph of the Complaint.

28.     Denied.

29.     Denied.

30.     Denied.

### COUNT I – COPYRIGHT INFRINGEMENT
**(Reg. No. VA0002102688)**

31.     Devcoda incorporates by reference its responses to the allegations of Paragraphs 1 through 30 as if fully set forth herein.

32.     Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

33. Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

34. Denied.

35. Denied.

36. Admitted that TGN never gave Devcoda permission or authority to copy, distribute or display the '688 Work.  Denied that Devcoda copied, distributed or displayed the '688 Work.

37. This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

38. This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

39. This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

40. This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

41. Denied.

42. This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

43. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

44. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

45. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

46. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

47. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

48. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

49. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

## COUNT II – COPYRIGHT INFRINGEMENT
### (Reg. No. VA0002129582)

50.    Devcoda incorporates by reference its responses to the allegations of Paragraphs 1 through 30 as if fully set forth herein.

51.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

52.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

53.    Denied.

54.    Denied.

55.    Admitted that TGN never gave Devcoda permission or authority to copy, distribute or display the '582 Work.  Denied that Devcoda copied, distributed or displayed the '582 Work.

56.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

57.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

58.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

59.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

60.     Denied.

61.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

62.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

63.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

64.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

65.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

66.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

67.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

68.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

**COUNT III – COPYRIGHT INFRINGEMENT**
**(Reg. No. VA0002128781)**

69.     Devcoda incorporates by reference its responses to the allegations of Paragraphs 1 through 30 as if fully set forth herein.

70.     Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

71.     Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

72.     Denied.

73.     Denied.

74.     Admitted that TGN never gave Devcoda permission or authority to copy, distribute or display the '781 Work.  Denied that Devcoda copied, distributed or displayed the '781 Work.

75.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

76.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

77.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

78.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

79.     Denied.

80.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

81.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

82.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

83.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

84. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

85. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

86. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

87. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

## COUNT IV – COPYRIGHT INFRINGEMENT
### (Reg. No. VA0002128580)

88. Devcoda incorporates by reference its responses to the allegations of Paragraphs 1 through 30 as if fully set forth herein.

89. Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

90. Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

91. Denied.

92. Denied.

93.     Admitted that TGN never gave Devcoda permission or authority to copy, distribute or display the '580 Work.  Denied that Devcoda copied, distributed or displayed the '580 Work.

94.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

95.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

96.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

97.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

98.     Denied.

99.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

100.     This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

101.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

102.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

103.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

104.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

105.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

106.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

**COUNT V – COPYRIGHT INFRINGEMENT**
**(Reg. No. VA0002128494)**

107.    Devcoda incorporates by reference its responses to the allegations of Paragraphs 1 through 30 as if fully set forth herein.

108.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

109. Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

110. Denied.

111. Denied.

112. Admitted that TGN never gave Devcoda permission or authority to copy, distribute or display the '494 Work. Denied that Devcoda copied, distributed or displayed the '494 Work.

113. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

114. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

115. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

116. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

117. Denied.

118. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

119.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

120.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

121.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

122.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

123.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

124.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

125.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

## COUNT VI – COPYRIGHT INFRINGEMENT
### (Reg. No. VA0002236944)

126.    Devcoda incorporates by reference its responses to the allegations of Paragraphs 1 through 30 as if fully set forth herein.

127.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

128.    Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

129.    Denied.

130.    Denied.

131.    Admitted that TGN never gave Devcoda permission or authority to copy, distribute or display the '944 Work.  Denied that Devcoda copied, distributed or displayed the '944 Work.

132.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

133.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

134.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

135.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

136.    Denied.

137.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

138.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

139.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

140.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

141.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

142.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

143.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

144. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

### COUNT VII – COPYRIGHT INFRINGEMENT
### (Reg. No. VA0002128495)

145. Devcoda incorporates by reference its responses to the allegations of Paragraphs 1 through 30 as if fully set forth herein.

146. Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

147. Devcoda lacks sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Complaint and therefore denies them.

148. Denied.

149. Denied.

150. Admitted that TGN never gave Devcoda permission or authority to copy, distribute or display the '495 Work. Denied that Devcoda copied, distributed or displayed the '495 Work.

151. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

152. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

153.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

154.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

155.    Denied.

156.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

157.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

158.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

159.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

160.    This paragraph contains conclusions of law to which no response is required.  To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

161. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

162. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

163. This paragraph contains conclusions of law to which no response is required. To the extent that this paragraph of the Complaint incorporates factual assertions to which a response is required, they are denied.

## GENERAL DENIAL

To the extent any factual allegations of the Complaint have not been specifically admitted or denied, Devcoda generally denies them, including any allegation that it has infringed Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495.

## TGN'S PRAYER FOR RELIEF

The allegations in TGN's Prayer for Relief state legal conclusions to which no response is required. To the extent a response is required, Devcoda denies TGN is entitled to any relief, including the relief specifically set forth in TGN's Prayer for Relief.

## JURY TRIAL

Devcoda admits that TGN has demanded a trial by jury on all issues so triable and joins in that demand.

- 21 -

**AFFIRMATIVE DEFENSES**

Without admitting any of the allegations of the Complaint, and without admitting or suggesting that Devcoda bears the burden of proof on any of the following issues, Devcoda asserts the following as separate and independent defenses and/or affirmative defenses based on the knowledge and information currently available.  Devcoda reserves all other defenses, including those pursuant to Rule 8(c) of the Federal Rules of Civil Procedure and the U.S. Copyright Act, and any and all other defenses at law or in equity that now exist or in the future may be available based upon discovery and/or further investigation (factual and expert) in this case.  Devcoda reserves the right to amend or supplement this Answer to allege any additional affirmative defenses that are later discovered through investigation and discovery.

**FIRST AFFIRMATIVE DEFENSE**
**(Non-Infringement of Asserted Copyrights)**

1.      Devcoda's goods sold on Etsy.com under the listing numbers 4382710647, 4347870412, 4346324122, 4346341704, 4344650228, 4347383137, and 4344730792 do not infringe any copyrighted work, including Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495.

**SECOND AFFIRMATIVE DEFENSE**
**(Fair Use)**

2.      TGN's claims are barred by the doctrine of fair use.  Devcoda's use of any material, to the extent it is found to overlap with Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495, constitutes fair use under 17 U.S.C. § 107.

### THIRD AFFIRMATIVE DEFENSE
**(Independent Creation)**

3.      Devcoda's works were created independently and were neither derived nor copied from any copyrighted material, including Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495.

### FOURTH AFFIRMATIVE DEFENSE
**(Scènes à Faire)**

4.      Any similarities between Devcoda's works and Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495 arise from the use of non-protectable *scènes à faire*, specifically the incorporation of elements common to the subject matter of street maps (*e.g.*, the layout of public roads, geographic features, and standard cartographic conventions) which are not entitled to copyright protection.

### FIFTH AFFIRMATIVE DEFENSE
**(Merger Doctrine)**

5.      To the extent that any creative expression exists in Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495, that expression has merged with and become separable from the unprotectable idea of a stylized street map depicting a specific college or university town.  Affording protection to such an expression would impermissibly grant TGN a monopoly over the idea itself.

### SIXTH AFFIRMATIVE DEFENSE
**(Lack of Substantial Similarity)**

6.      Devcoda's works embodied in the goods sold on Etsy.com under the listing numbers 4382710647, 4347870412, 4346324122, 4346341704, 4344650228, 4347383137, and

4344730792 are not substantially similar to any protectable elements of Copyright Registration

Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944,

VA0002128781, and VA0002128495.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Invalidity of Asserted Copyrights Under 17 U.S.C. § 102(a))**

7.      Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494,

VA0002129582, VA0002236944, VA0002128781, and VA0002128495 are invalid and

unenforceable because they are not "original" works resulting from independent creation, and

they consist of, or are derived from, non-protectable elements, including factual geographic data

in the public domain.

**EIGHTH AFFIRMATIVE DEFENSE**
**(Unclean Hands)**

8.      TGN's claims as raised in the Complaint are barred, in whole or in part, by the

doctrine of unclean hands, including TGN's false statements regarding Devcoda's alleged theft

and infringement of intellectual property submitted in the DMCA takedown notices to Etsy.com

which were made maliciously and with intent to interfere with Devcoda's contractual

relationship with Etsy.

**NINTH AFFIRMATIVE DEFENSE**
**(No Damages)**

9.      Devcoda has not infringed any valid, enforceable copyright, including Copyright

Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582,

VA0002236944, VA0002128781, and VA0002128495, and any request by TGN for damages

pursuant to 17 U.S.C. § 504 should be denied.

### TENTH AFFIRMATIVE DEFENSE
**(No Attorneys' Fees and Costs)**

10.     TGN cannot show that it is entitled to attorneys' fees and costs under 17 U.S.C. § 505.

### ELEVENTH AFFIRMATIVE DEFENSE
**(Lack of Willfulness)**

11.     Without admitting that Devcoda performed any of the acts that it is alleged to have performed in the Complaint, Devcoda states as follows: even assuming *arguendo* that Devcoda performed any such acts, and even assuming *arguendo* that any such acts were wrongful or improper, all such acts were performed with lack of any knowledge and lack of any willful intent.

### TWELFTH ADDITIONAL DEFENSE
**(Additional Defenses)**

12.     Devcoda reserves the right to assert any additional affirmative or other defenses and matters as may be disclosed during the course of additional investigation and discovery. Devcoda reserves the right to supplement, amend, and/or seek to amend its Answer, including its affirmative and other defenses.

<u>**DEVCODA'S COUNTERCLAIMS**</u>

Defendant and Counterclaim-Plaintiff, Devcoda LLC ("Devcoda") brings the following counterclaims against Plaintiff and Counterclaim-Defendant, THAT'S GREAT NEWS, LLC ("TGN"). Devcoda realleges and incorporates by reference all of its allegations in its Answer as if fully set forth herein.

<u>**NATURE OF THE ACTION**</u>

1.    This is an action for declaratory judgment of non-infringement of copyright, tortious interference with contract, and defamation arising under the United States Copyright Act of 1976, codified at 17 U.S.C. § 101 *et seq.*, the Declaratory Judgment Act, codified at 28 U.S.C. §§ 2201 and 2202, and common law.

2.    TGN has made baseless assertions that Devcoda infringes Copyright Registration Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495 (hereinafter, the "Asserted Copyright Registrations"), and Devcoda maintains that it has not infringed any intellectual property rights, including the Asserted Copyright Registrations, and that TGN is liable for tortious interference with contract and defamation.

<u>**PARTIES**</u>

3.    Devcoda is a limited liability company organized under the laws of the State of Wyoming having a principal place of business at 30 N. Gould Street, Suite 2376, Sheridan, WY, 82801.

4.    TGN is a limited liability company organized under the laws of the State of Florida having a principal place of business at 900 Northrop Road, Suite F, Wallingford, CT, 06492, which conducts business under the seller name "SchoolStreetPosters" and sells its

products online at https://schoolstreetposters.com/ and at Etsy.com, accessible at https://www.etsy.com/shop/SchoolStPosters.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over Devcoda's counterclaims for declaratory judgment of non-infringement of copyright against TGN because the Court has federal question subject matter jurisdiction pursuant to 17 U.S.C. § 101 *et seq*. and 28 U.S.C. §§ 2201 and 2202.  Thus, this Court has original jurisdiction over the subject matter of Devcoda's counterclaims pursuant to 28 U.S.C. §§ 1331 and 1338.

6.      This Court has supplemental subject matter jurisdiction over Devcoda's remaining common law counterclaims of tortious interference with contract and defamation under 28 U.S.C. § 1367(a) because the claims arise from the same controversy and share a common nucleus of operative fact.

7.      This Court has personal jurisdiction over TGN at least because TGN has submitted itself to the jurisdiction of this Court by filing its Complaint for Copyright Infringement and seeking relief from this Court.

8.      Venue for Devcoda's counterclaims is proper in this District under 28 U.S.C. § 1391(b) at least because TGN selected and submitted itself to this venue by filing its Complaint for Copyright Infringement and seeking relief from this Court.

## FACTUAL BACKGROUND

### Devcoda's College Street Maps and UniStreets Etsy Storefront

9.      Devcoda owns and operates the UniStreets Etsy storefront which sells wall art for campus legends and street icons available at the following link: https://www.etsy.com/ca/shop/UniStreets.

10.    Devcoda owns all of the college and university town street maps (hereinafter, "Devcoda's college street maps") sold on the UniStreets Etsy storefront, including the underlying designs and all associated intellectual property.

11.    Since August 2025, Devcoda has been selling its original, independently created college street maps on Etsy.com under the "UniStreets" seller name.

12.    Devcoda's college street maps are hand-drawn and incorporate noteworthy features, such as man-made landmarks (*e.g.*, parks, stadiums, museums) and water features (*e.g.,* ponds, dams, and rivers), and make use of school colors.  Specifically, Devcoda's college street maps vary the use of school colors, assigning and using one color (*e.g.*, yellow) for the streets and corresponding street names while assigning and using a different color (*e.g.*, blue) for the landmarks and water features dispersed throughout.

13.    For example, Devcoda's college street map for Ann Arbor, Michigan is shown below in which the landmarks and water features are visible, as well as Devcoda's use of the University of Michigan's school colors (*i.e.*, yellow and blue):



14.     All of Devcoda's college street maps are independently designed and created by Devcoda using publicly available geographic data and applying its own artistic choices regarding color schemes, fonts, layout, composition, line weight, and other stylistic elements to create a unique and original visual work.  All of Devcoda's college street maps specifically exclude any university trademarks, seals, or logos, and are otherwise free of any copyrighted material.

**TGN's Competing Products and SchoolStreetPosters Etsy Storefront**

15.     TGN sells street maps of college towns and cities (hereinafter, "TGN's college street maps") through the SchoolStreetPosters Etsy storefront, accessible at https://www.etsy.com/shop/SchoolStPosters, and through a separate SchoolStreetPosters-affiliated website, accessible at https://schoolstreetposters.com/.

16.     Since 2024, TGN has been selling college street maps on the Etsy storefront under the "SchoolStreetPosters" seller name.

17.     TGN's college street maps make use of school colors, but do not incorporate any man-made landmarks (*e.g.*, school libraries, stadiums, and museums) or naturally-occurring topographies (*e.g.* rivers and ponds) and instead feature exaggerated road geometries and bold street outlining which appear in only a single school color (*e.g.*, yellow).

18.     For comparison, TGN's college street map for Ann Arbor, Michigan is shown below, which demonstrates the exaggerated road geometries and bold street outlining in yellow, as well as the lack of any man-made landmarks and water features:



**TGN's Harassment, Intimidation, and Bad Faith Anti-Competitive Conduct on Etsy.com**

19.     Upon information and belief, on September 12, 2025, the founder of the SchoolStreetPosters Etsy storefront, Eric Strand ("Strand"), sent a message to the UniStreets seller (operating under the alias "Nate Price") via the Etsy messaging platform in which Strand accused the UniStreets seller of stealing IP and selling copyrighted material, and subsequently

threatened legal action if the UniStreets seller did not remove its college street map listings from the UniStreets Etsy storefront. A copy of the September 12, 2025 message is attached as Exhibit A.

20. After receiving this message, the UniStreets seller voluntarily removed its listings for internal review and rebuilt several of its college street maps from scratch during this time.

21. Proof of creation dates for all of Devcoda's college street maps listed on the UniStreets Etsy storefront exist in layered illustrator files and logs with timestamps, beginning as early as September 12, 2025.

22. On November 19, 2025, another unsolicited message was sent to the UniStreets seller via the Etsy messaging platform in which the SchoolStreetPosters seller conveyed an intent to purchase one of the UniStreets college street maps as purported evidence of infringement, meanwhile accusing the UniStreets seller of previously selling other stolen IP and allegedly exhibiting an infringing "pattern" which would be "easy" to prove. A copy of the November 19, 2025 message is attached as Exhibit B.

23. Subsequently, on November 20, 2025, the UniStreets seller received an off-platform message from a purported customer inquiring about a bulk order of 50 frames of the Gainesville, Florida university street map and requesting information as to the UniStreets seller's operations, specifically its shipping origins and fulfillment timelines. A copy of the November 20, 2025 message is attached as Exhibit C.

24. The UniStreets seller later learned that the November 20, 2025 message requesting sensitive business information was not sent from a prospective customer of the UniStreets storefront, but rather originated from Robert Roscoe ("Roscoe"), the owner of the SchoolStreetPosters Etsy storefront.

25.     Later on November 20, 2025, and in view of the threatening and harassing communications, the UniStreets seller (again acting through the "Nate Price" alias) submitted a formal complaint letter to Etsy.com which detailed the multiple, serious policy violations committed by Roscoe on behalf of the SchoolStreetPosters seller.  A copy of the November 20, 2025 complaint letter to Etsy is attached as Exhibit D.

26.     In the complaint letter, the UniStreets seller enumerated the violations of Etsy's Seller Policies, Community Guidelines, and Prohibited Conduct committed by Roscoe and the SchoolStreetPosters seller, including harassment and intimidation of another Etsy seller, misuse of Etsy's legal and intellectual property processes, bad faith anti-competitive conduct, and off-platform manipulation

27.     The complaint letter concluded by requesting that Etsy investigate the SchoolStreetPosters Etsy storefront and Roscoe, himself, for harassment, intimidation, misuse of Etsy's policies, and off-platform deceptive practices, and thereafter take appropriate, corrective actions such as issuing warnings, imposing restrictions, and/or suspending the SchoolStreetPosters Etsy storefront and Roscoe from Etsy.com.

28.     Etsy never responded to the November 20, 2025 complaint letter nor engaged in remedial action on behalf of the UniStreets seller.

29.     The harassing, threatening, taunting, and anti-competitive conduct of the SchoolStreetPosters seller continued into December 2025 with ongoing accusations of the UniStreets seller's alleged theft of IP and infringement of certain intellectual property and repeated implications that legal action would be brought against the UniStreets seller.

**TGN's Filing of Baseless IP Claims on Etsy.com**

30.     On December 23, 2025 and December 24, 2025, TGN submitted two separate Digital Millenium Copyright Act ("DMCA") takedown notices to Etsy.com.

31.     Counsel for TGN submitted the first DMCA takedown notice on December 23, 2025, alleging the UniStreets seller's infringement of five registered copyrights and requesting that Etsy take down all relevant listings from the UniStreets Etsy storefront pursuant to Etsy's Intellectual Property Policy.

32.     In the first DMCA takedown notice, TGN asserts infringement by the UniStreets seller of five of the Asserted Copyright Registrations: Registration Nos. VA0002128781, VA0002102688, VA0002129580, VA0002128494, and VA0002129582.

33.     TGN's counsel submitted the second DMCA takedown notice on December 24, 2025, alleging the UniStreets seller's infringement of the final two Asserted Copyright Registrations (Registration Nos. VA0002128495 and VA0002236944), and again requesting that Etsy take down all relevant listings from the UniStreets Etsy storefront.

34.     Upon information and belief, Strand owns all rights and permissions associated with all seven of the Asserted Copyright Registrations.

35.     Copyright Registration No. VA0002128781, titled "State College, Pennsylvania Street Map," has an effective date of registration of July 27, 2018.

36.     Copyright Registration No. VA0002102688, titled "Ann Arbor, Michigan Street Map," has an effective date of registration of October 26, 2017.

37.     Copyright Registration No. VA0002129580, titled "East Lansing, Michigan Street Map," has an effective date of registration of July 27, 2018.

38.    Copyright Registration No. VA0002128494, titled "Columbus, Ohio Street Map," has an effective date of registration of July 27, 2018.

39.    Copyright Registration No. VA0002129582, titled "Bloomington, Indiana Street Map," has an effective date of registration of July 27, 2018.

40.    Copyright Registration No. VA0002128495, titled "Champaign Urbana, Illinois Street Map," has an effective date of registration of July 27, 2018.

41.    Copyright Registration No. VA0002236944, titled "Pullman" (presumably for the college town of Pullman, Washington) has an effective date of registration of March 11, 2020.

42.    Upon information and belief, prior to filing the above DMCA takedown notices on December 23, 2025 and December 24, 2025, TGN knew or should have known that Devcoda's college street maps did not infringe the Asserted Copyright Registrations.

43.    Upon information and belief, TGN's allegations that Devcoda's college street maps infringe the Asserted Copyright Registrations were knowingly false and made in bad faith.

**Harm to Devcoda**

44.    Upon information and belief, pursuant to Etsy's Intellectual Property Policy (available at https://www.etsy.com/legal/ip-dmca/), Etsy reviewed TGN's DMCA takedown notices alleging infringement of the Asserted Copyright Registrations and subsequently removed all relevant listings from the UniStreets Etsy storefront.

45.    Etsy's takedown resulted in the removal of over one hundred active listings from the UniStreets Etsy storefront, including Devcoda's college street maps like the Ann Arbor, Michigan map above.

46.     Acting on behalf of Devcoda, Devcoda's undersigned counsel submitted two separate DMCA counter notices to Etsy.com on January 13, 2026, attesting that the removed listings were taken down "by mistake" or "because of misidentification of the material."

47.     By submitting these DMCA counter notices to Etsy.com, Devcoda represents that the removed material (*i.e.*, Devcoda's college street maps) does not infringe the Asserted Copyright Registrations.

48.     Notwithstanding Devcoda's recent submission of the DMCA counter notices to Etsy.com, as a result of TGN's baseless complaints of copyright infringement submitted in the DMCA takedown notices, Devcoda's listings under the UniStreets Etsy storefront were automatically suspended, resulting in an immediate loss of revenue to Devcoda.

49.     It is well-established that submitting DMCA takedown notices to Etsy.com puts Etsy sellers in jeopardy of full and permanent suspension of selling rights, meaning that Devcoda's ability to sell *any* products (including, but not limited to, Devcoda's college street maps) through the UniStreets Etsy storefront may be lost indefinitely.

50.     Upon information and belief, TGN was aware that submitting the DMCA takedown notices to Etsy.com alleging copyright infringement by the UniStreets seller could result in Devcoda's permanent suspension of selling privileges on Etsy.com and, consequently, a substantial loss of revenue to Devcoda.

51.     Upon information and belief, TGN has used these same tactics, namely submitting meritless DMCA takedown notices to Etsy.com and engaging in harassing, taunting, intimidating, and bad faith anti-competitive behavior against other Etsy sellers while acting under the SchoolStreetPosters Etsy storefront.

52.    At no time has Devcoda ever sold college street maps which infringe any intellectual property rights, including the Asserted Copyright Registrations.

53.    All of Devcoda's college street map listings on its UniStreets Etsy storefront have at all times, and continue to be, original works independently designed and created which specifically exclude any university trademarks, seals, or logos, are free of any copyrighted material, and are therefore sold lawfully.

54.    Upon information and belief, TGN made false claims of intellectual property rights (*i.e.*, copyright infringement of the Asserted Copyright Registrations and theft of certain intellectual property) against Devcoda.

55.    Upon information and belief, the true purpose of TGN's false claims was to ensure takedown and suspension, whether temporary or permanent, of the UniStreets Etsy storefront listings, to control pricing, and to eliminate fair competition.

56.    As a result of TGN's false claims, Devcoda's selling ability with respect to its college street map listings on the UniStreets Etsy storefront was irreparably damaged.

## COUNT I – DECLARATORY JUDGMENT OF NON-INFRINGEMENT
### (Asserted Copyright Registrations)

57.    Devcoda hereby repeats and incorporates the allegations of Paragraphs 1 through 56 as if fully set forth herein.

58.    Devcoda's college street maps are independently designed and created by Devcoda using publicly available geographic data and applying its own artistic choices regarding color schemes, fonts, layout, composition, line weight, and other stylistic elements to create a unique and original visual work.  All of Devcoda's college street maps specifically exclude any university trademarks, seals, or logos, and are otherwise free of any copyrighted material.  A

- 37 -

side-by-side comparison of each accused college street map (shown on the left) and the corresponding Asserted Copyright Registration (shown on the right) is attached as Exhibit E.

59.     Devcoda's college street maps are hand-drawn and incorporate markedly different styles, outlining, and internal features (*e.g.*, landmarks and water features) as compared to TGN's college street maps, specifically the Asserted Copyright Registrations, which contrastingly make use of exaggerated road geometries and bold street outlining and expressly exclude landmarks and water features.

60.     These differences demonstrate a lack of similarity and expressive content between Devcoda's college street maps and the Asserted Copyright Registrations, therefore negating any assertion with respect to Devcoda's alleged unauthorized copying.

61.     TGN has submitted two complaints (*i.e.,* DMCA takedown notices) to Etsy.com falsely stating that Devcoda's college street map listings on the UniStreets Etsy storefront infringe the Asserted Copyright Registrations.

62.     Devcoda did not engage in any unauthorized copying of original elements of the Asserted Copyright Registrations, as Devcoda's college street maps available for sale on the UniStreets Etsy storefront are original works created from scratch and derived from independent creation.

63.     All of Devcoda's college street maps available for sale on the UniStreets Etsy storefront have at all times, and continue to be, sold lawfully.

64.     TGN's submitting DMCA takedown notices to Etsy.com caused the automatic suspension of Devcoda's selling privileges as they relate to the college street maps available for sale on the UniStreets Etsy storefront.

65.     TGN's submitting DMCA takedown notices to Etsy.com put Devcoda in jeopardy of permanent suspension of all selling privileges, which would cause extraordinary, irreparable, and untold damage to Devcoda which is in the virtually exclusive business of selling its college street maps on e-commerce platforms such as Etsy.com.

66.     Under these facts, an actual and justiciable controversy exists between Devcoda and TGN concerning non-infringement of the Asserted Copyright Registrations.

67.     Devcoda is entitled to a declaratory judgment that it has not violated any of TGN's intellectual property rights, including Copyright Registrations Nos. VA0002120688, VA0002129580, VA0002128494, VA0002129582, VA0002236944, VA0002128781, and VA0002128495, and is further entitled to actual damages and attorneys' fees and costs.

## COUNT II – TORTIOUS INTERFERENCE WITH CONTRACT

68.     Devcoda hereby repeats and incorporates the allegations of Paragraphs 1 through 67 as if fully set forth herein.

69.     Devcoda has had an advantageous contractual relationship with Etsy, which allows Devcoda to sell on the Etsy.com e-commerce platform as a third-party seller.

70.     At all relevant times, TGN was aware of the terms and conditions of Devcoda's contract with Etsy, as well as Devcoda's advantageous contractual relationship with Etsy that flows from being an Etsy storefront seller.

71.     TGN intentionally and improperly interfered with Devcoda's advantageous and contractual relationship with Etsy by falsely claiming, with knowledge of such falsity, in writing, to Etsy.com that Devcoda was selling infringing products on its UniStreets Etsy storefront.

72.     TGN's conduct directly and proximately caused disruption to Devcoda's contract with Etsy.

73.     TGN intended to cause Etsy to suspend Devcoda's ability to sell its college street maps by taking down all relevant listings from the UniStreets Etsy storefront, and therefore, interfering with the contractual relationship that Etsy had with Devcoda.

74.     TGN had actual knowledge that its actions would cause Etsy to suspend Devcoda's ability to sell its college street maps on the Etsy.com e-commerce platform by taking down all college street map listings from the UniStreets Etsy storefront.

75.     TGN's false accusations of copyright infringement made directly to Etsy by submitting DMCA takedown notices to Etsy.com were for the improper purpose of suppressing fair competition.

76.     TGN's actions interfered with Devcoda's contractual relationship with Etsy and proximately caused Devcoda's college street map listings on the UniStreets Etsy storefront to be suspended and taken down indefinitely.

77.     Upon information and belief, TGN's true intention is further demonstrated by the fact that TGN had notice that its complaints of copyright infringement in the DMCA takedown notices were baseless and lacked objective, legal merit.

78.     TGN's complaints of copyright infringement to Etsy were false and made maliciously and with intent to interfere with Devcoda's contractual relationship with Etsy.

79.     Devcoda was damaged by suspension of its selling privileges, the takedown of over one hundred active listings from its UniStreets Etsy storefront, and loss of revenue related to its college street maps.

80.     Devcoda is entitled to damages including punitive damages, costs, and attorneys' fees as allowed by law.

81.     Devcoda has suffered injury and, unless TGN is enjoined from such activity, Devcoda will continue to suffer injury.

## COUNT III – DEFAMATION

82.     Devcoda hereby repeats and incorporates the allegations of Paragraphs 1 through 81 as if fully set forth herein.

83.     TGN published false statements to Etsy regarding Devcoda's alleged theft and infringement of certain intellectual property, including reporting to Etsy by submitting DMCA takedown notices to Etsy.com that Devcoda infringed the Asserted Copyright Registrations.

84.     Devcoda did not engage in any unauthorized copying of original elements of the Asserted Copyright Registrations, as Devcoda's college street maps available for sale on the UniStreets Etsy storefront are original works created from scratch and derived from independent creation.

85.     All of Devcoda's college street maps available for sale on the UniStreets Etsy storefront have at all times, and continue to be, sold lawfully.

86.     TGN's false statements were injurious to Devcoda's business because they caused Etsy to suspend Devcoda's selling privileges and takedown over one hundred active listings from its UniStreets Etsy storefront relating to Devcoda's college street maps.

87.     TGN's false statements were further injurious to Devcoda's business because they caused Etsy's and Devcoda's customers to avoid purchasing products from the UniStreets Etsy storefront.

88.     Upon information and belief, TGN was, at a minimum, negligent in making the false statements to Etsy because, among other things, TGN knew that Devcoda's college street maps do not infringe the Asserted Copyright Registrations.

89.     TGN's false statements are not protected by any privilege.

90. TGN acted with actual malice or with reckless disregard for the truth of the matter contained in TGN's false statements to Etsy and Devcoda's customers.

91. False statements that are directed to the honesty, efficiency, or other business character traits amount to defamation *per se*.

92. Here, TGN published statements to Etsy that Devcoda (specifically identified under its "UniStreets" seller name) was engaged in copyright infringement.

93. TGN's false statements, therefore, constitute defamation *per se*.

94. Additionally, Devcoda incurred special harm including, but not limited to, suspension from selling its college street maps on the Etsy.com e-commerce platform and the takedown of over one hundred listings from its UniStreets Etsy storefront, as well as damage to its business relationship with Etsy and its customers.

95. Whether by defamation *pe se* or by special harm, Devcoda has suffered injury, as Devcoda's selling privileges and the incidental takedown of over one hundred active listings from its UniStreets Etsy storefront has resulted in Devcoda's loss of sales and revenue related to its college street maps.

96. Devcoda is entitled to damages including punitive damages, costs, and attorneys' fees as allowed by law.

97. Devcoda has suffered injury and, unless TGN is enjoined from such activity, Devcoda will continue to suffer injury.

## PRAYER FOR RELIEF

WHEREFORE, Defendant and Counterclaim-Plaintiff, Devcoda LLC respectfully prays for the following relief against Plaintiff and Counterclaim-Defendant, THAT'S GREAT NEWS, LLC:

(a)   An order declaring that Devcoda has not infringed any valid and enforceable intellectual property rights, including the Asserted Copyright Registrations;

(b)   An order permanently enjoining and restraining TGN, and those in active concert and participation with TGN, from submitting false, baseless complaints of copyright infringement to Etsy.com and any other e-commerce platform regarding Devcoda's college street maps;

(c)   An award of all damages including punitive damages that Devcoda has suffered as a result of TGN's tortious interference with contract;

(d)   An award of Devcoda's attorneys' fees and all costs incurred in this action; and

(e)   Any other and further relief that the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant and Counterclaim-Plaintiff, Devcoda LLC demands a trial by jury on all issues so triable.

DATED: March 10, 2026.

Respectfully submitted,

*/s/ Paula A. Fleck*
Paula A. Fleck, P.C. (WY #6-2660)
Holland & Hart LLP
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com

*Counsel for Defendant and Counterclaim Plaintiff*

- 43 -

- 44 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 10, 2026, a true and correct copy of the foregoing was electronically filed using this court's CM/ECF system, which constitutes service upon counsel of record for Plaintiff and Counterclaim-Defendant, THAT'S GREAT NEWS, LLC, and is available for viewing and downloading from the ECF system.

*/s/ L. Jen James*

37240372_v1