Bradley L. Booke #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
Box 13160
Jackson, Wyoming 83001
702-241-1631
866-297-4863 fax
brad.booke@lawbooke.com

Darren Spielman, Esq. (FL Bar # 010868)
The Concept Law Group, P.A.
*Pro hac vice*
6400 N. Andrews Ave. Suite 500
Ft. Lauderdale FL 33309
Email: dspielman@conceptlaw.com
Tel: 754-300-1500
Fax: 754-300-1501
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | |
|---|---|
| THAT'S GREAT NEWS, LLC, A FLORIDA LIMITED LIABILITY COMPANY<br><br>Plaintiff/Counterclaim Defendant,<br>V.<br><br>DEVCODA, LLC D/B/A UNISTREETS, A WYOMING LIMITED LIABILITY COMPANY;<br><br>Defendant/ Counterclaim Plaintiff. | Case No. 1:26-cv-000038 |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT THAT'S GREAT NEWS, LLC'S MOTION TO DISMISS COUNTERCLAIMS**

Plaintiff and Counterclaim-Defendant That's Great News, LLC ("TGN"), by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts I, II, and III of the Counterclaims asserted by Defendant and Counterclaim-Plaintiff

Devcoda LLC d/b/a UniStreets ("Devcoda"). In support thereof, TGN relies on the attached Memorandum of Law brief and requests dismissal of the Counterclaims with prejudice.

Dated: March 31, 2026

Respectfully submitted,

By: */s/ Darren Spielman/*
DARREN J. SPIELMAN, Esq.
Fla. Bar No. 10868
dspielman@conceptlaw.com
**THE CONCEPT LAW GROUP, P.A.**
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Florida 33309
Tel: 754.300.1500
Fax: 754.300.1501
*Attorney for Plaintiff*
and

Bradley L. Booke #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
Box 13160
Jackson, Wyoming 83001
702-241-1631
866-297-4863 fax
brad.booke@lawbooke.com

*Attorney for Plaintiff*

**Certificate of Service**

I hereby certify that a copy of Counterclaim Defendant That's Great News, LLC's Motion to Dismiss Counterclaims was filed and served on all counsel, via CM/ECF, as follows:

Paula A. Fleck, P.C. (WY #6-2660)
Holland & Hart LLP
645 S. Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001-0068
Telephone: (307) 739-9741
Facsimile: (307) 739-9744
pfleck@hollandhart.com

Counsel for Defendant and Counterclaim Plaintiff

Julianna L. Hunt
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 965-1235
Fax: (215) 965-1331
jhunt@panitchlaw.com
Counsel for Defendant and Counterclaim Plaintiff

Dennis J. Butler
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Tel: (302) 394-6006
Fax: (215) 965-1331
dbutler@panitchlaw.com
Counsel for Defendant and Counterclaim Plaintiff

John D. Simmons
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Tel: (302) 394-6001
Fax: (215) 965-1331
jsimmons@panitchlaw.com
Counsel for Defendant and Counterclaim Plaintiff

Dated: 3.31.2026

/s/*Darren Spielman*
Darren Spielman, Esq.
Counsel for That's Great News, LLC