# EXHIBIT A

# DMCA Notice Requirements

*The information contained on this page constitutes information and not legal advice. The reader assumes all responsibility for any and all use of this information. Please consult an attorney for specific questions. This page may be updated periodically.*

The following are requirements for submitting Digital Millennium Copyright Act (DMCA) reports of infringement and DMCA counter notices for US-based copyright infringement reports. However, we prefer that you use the Etsy Reporting Portal, which allows us to process notices with greater efficiency and enable authorized parties to send notices with quality and ease. You can read more about our reporting portal and how Etsy handles issues of infringement in our Intellectual Property Policy.

1. Notice Requirements
2. Counter Notice Requirements
3. Etsy's Designated Agent to Receive Notifications

## 1. Notice Requirements

To report infringement to Etsy's designated agent, please use the Etsy Reporting Portal. If you are not able to use the reporting portal, you may send a notice of infringement via email to legal@etsy.com, which must include all of the following information:

1. A signature of a person authorized to act on behalf of the intellectual property owner whose right has been allegedly infringed upon. Signatures may be provided electronically by typing your name
2. Identification in sufficient detail of the work allegedly infringed upon
3. Identification of the allegedly infringing material on Etsy including the specific location of the material so that Etsy can find it. For listings, please provide the Etsy listing URL to each item you allege is infringing
4. The name of the intellectual property owner and contact information for the notifier, including name, address, telephone number, and email address
5. A statement that the notifier has a good faith belief that the material is not authorized by the intellectual property owner, its agent, or the law
6. A statement that the information provided in the notice is accurate, and under penalty of perjury, that the notifier is authorized to make the complaint on behalf of the copyright owner.

If you misrepresent that material is infringing, you may be liable for damages (including costs and attorneys' fees). Therefore, if you are not sure whether the material is infringing, please contact an attorney before submitting a notice to Etsy. Fraudulent or abusive notices or other misuse of Etsy's Intellectual Property Policy may result in account termination or other legal consequences.

## 2. Counter Notice Requirements

To submit a counter notification for US-based copyright infringement reports to Etsy's designated agent, please click the unique URL in the email Etsy sent informing you of the copyright infringement notice and takedown. If you are not able to use the countering form, please see the requirements below.

If you have a good faith belief that material removed or disabled as a result of a notification of copyright infringement to Etsy involved a misidentification or mistake, you may send a counter notice via email to legal@etsy.com. A counter notice must include all of the following information:

1. Your signature, which may be provided electronically by typing your name
2. Identification of the material that has been removed or to which access has been disabled. For listings, please provide the Etsy listing URL to each item before it was removed or disabled
3. A statement made under penalty of perjury that you have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material
4. Your name, address, telephone number, and email address.
5. A statement that you consent to the jurisdiction of the Federal Court for the judicial district in which you are located, or if your address is located outside the United States, for any judicial district in which Etsy is located, and that you will accept service of process from the person who provided the original notification or an agent of such person

If you misrepresent that material is not infringing, you may be liable for damages (including costs and attorneys' fees). If you are not sure whether or not the material is infringing, please contact an attorney before submitting a counter notice Etsy. Fraudulent or abusive counter notices or other misuse of Etsy's Intellectual Property Policy may result in account termination or other legal consequences.

## 3. Etsy's Designated Agent to Receive Notifications

Etsy, Inc.
Attn: Legal Department
117 Adams Street
Brooklyn, NY 11201
USA
Fax: (718) 709-5377
legal@etsy.com

Last updated on Jun 16, 2023

Etsy is powered by 100% renewable electricity.

**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

Etsy
Download the Etsy App

United States | English (US) | $ (USD)

© 2026 Etsy, Inc. Terms of Use Privacy Interest-based ads Local Shops Regions