**UNITED STATES DISTRICT COURT**

**DISTRICT OF WYOMING**

| | |
|---|---|
| THAT'S GREAT NEWS, LLC, A FLORIDA LIMITED LIABILITY COMPANY<br><br>Plaintiff/Counterclaim Defendant,<br>V.<br><br>DEVCODA, LLC D/B/A UNISTREETS, A WYOMING LIMITED LIABILITY COMPANY;<br><br>Defendant/ Counterclaim Plaintiff. | Case No. 1:26-cv-000038-SWS-SPK |

**[PROPOSED] ORDER**

Plaintiff, THAT'S GREAT NEWS, LLC, having submitted an unopposed request that the Court set an initial scheduling conference pursuant to Fed. R. Civ. P. 16(a) and D. Wyo. L. Civ. R. 16.1, and good cause appearing,

IT IS HEREBY ORDERED that this matter is set for a Rule 16 Scheduling Conference on the __ day of _____________, at _____ __.m., before Magistrate Judge Scott P. Klosterman.

Dated this __ day of ____________, 2026.

______________________________
UNITES STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE