IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THAT'S GREAT NEWS, LLC,<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>DEVCODA LLC *d/b/a* UNISTREETS,<br><br>Defendant / Counterclaim Plaintiff. | C.A. No. 1:26-cv-00038-SWS-SPK |

**Defendant and Counterclaim-Plaintiff Devcoda LLC's**
**Motion for Judgment on the Pleadings**

Defendant and Counterclaim-Plaintiff Devcoda LLC d/b/a UniStreets ("Devcoda"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(c), for judgment on the pleadings in its favor on Counts I through VII of the Complaint filed by Plaintiff and Counterclaim-Defendant That's Great News, LLC ("TGN").

As set forth more fully in the accompanying Memorandum of Law, filed contemporaneously herewith, TGN's Complaint fails to state a plausible claim for copyright infringement as to any of the seven asserted copyright registrations.

The only material the parties' works are alleged or shown to share – the names and layout of real streets in real towns, the universities' own colors, and standard lettering and cartographic conventions – is unprotectable as a matter of law. *See Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 344–51 (1991); *Meshwerks, Inc. v. Toyota Motor Sales U.S.A., Inc.*, 528 F.3d 1258, 1265–67 (10th Cir. 2008); *Streetwise Maps, Inc. v. VanDam, Inc.*, 159 F.3d 739, 747–48 (2d Cir. 1998); *Darden v. Peters*, 488 F.3d 277, 287 (4th Cir. 2007). At most, TGN holds a thin

copyright, and its conclusory allegations do not plausibly show that any protectable expression was copied.

Devcoda accordingly requests that the Court enter judgment in Devcoda's favor on Counts I through VII of the Complaint.

Devcoda relies on the attached Memorandum of Law and the pleadings and exhibits of record. A proposed order is not required for this dispositive motion. *See* D. Wyo. Civ. R. 7.1(b)(2).

Respectfully submitted,

Dated: October 19, 2026

*/s/ Paula A. Fleck*

Paula A. Fleck (WY #6-2660)
HOLLAND & HART LLP
645 South Cache Street, Suite 100
P.O. Box 68
Jackson, WY 83001
Tel: (307) 739-9741
Fax: (307) 739-9744
pfleck@hollandhart.com

*Attorneys for Defendant and Counterclaim-Plaintiff, Devcoda LLC d/b/a UniStreets*

OF COUNSEL:

John D. Simmons*
Dennis J. Butler*
PANITCH SCHWARZE BELISARIO & NADEL LLP
Delaware Corporate Center
1 Righter Parkway, Suite 220
Wilmington, DE 19803
Tel: (302) 394-6030
Fax: (215) 965-1331
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
* *Admitted pro hac vice*

Julianna L. Hunt*
PANITCH SCHWARZE BELISARIO & NADEL LLP
One Commerce Square
2005 Market Street, Suite 3325
Philadelphia, PA 19103
Tel: (215) 965-1330
Fax: (215) 965-1331
jhunt@panitchlaw.com
* *Admitted pro hac vice*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion for Judgment on the Pleadings was filed and served on all counsel of record via the Court's CM/ECF system on the date set forth below.

*/s/ L. Jen James*

39944480_v1